CHARLES CURTI et al., Appellants, *v.* UNION ENGINEERING COR-
PORATION, Respondent.

Argued October 9, 1952; decided October 23, 1952.

*Edward F. Kelleher* and *Andrew F. Van Thun, Jr.,* for appellants.

*John P. Cawley* and *John K. Carroll* for respondent.

Judgment of Appellate Division reversed, with costs, and judgment of Special Term affirmed on the ground that the payment of $1.55 an hour made to plaintiffs for working time under section 4 of article I of the contract bears no relation to the incentive bonus due to the plaintiffs under section 6 of article I thereof. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and DYE, JJ. Dissenting: DESMOND, FULD and FROESSEL, JJ.